# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Insurance Supermarket Incorporated,<br><br>    Defendant. | **NO. CV-24-00365-PHX-SMM**<br><br>**MINUTE ORDER** |

When bringing an action, a plaintiff must either pay a filing fee of $350.00, plus an administrative fee of $55.00, or file an application to proceed in forma pauperis without prepayment of fees. Any application to proceed in forma pauperis must include a statement of all assets a plaintiff possesses to show that the person is unable to pay such fees. Plaintiff has neither paid the filing fee for this action nor submitted an application to proceed in forma pauperis. In light of this deficiency, the Court will give Plaintiff 30 days to either pay the $405.00 filing and administrative fees or file a complete Application to Proceed In Forma Pauperis.

If Plaintiff fails to submit the filing fee or an application to proceed in forma pauperis within 30 days, this action will be dismissed without prejudice and without further notice.

ENTERED this 23rd day of February, 2024.

| | |
|---|---|
| | Debra D. Lucas |
| | District Court Executive/Clerk of Court |
| February 23, 2024 | |
| | s/ Beth Stephenson |
| | By  Deputy Clerk |