Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:24-cv-00365-PHX-SMM |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Insurance Supermarket, Inc, *et al.* | |
| Defendant(s) | |

With Defendant Insurance Supermarket, Inc neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

///

1

Dated this May 6, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**AND**

Via email, with consent, to Defendant's Attorney Matthew Pitts at matt@pittslawyer.com.

By:             /s/*Jason Crews*

    Jason Crews

2