# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Insurance Supermarket Incorporated,<br><br>　　　　Defendant. | No. CV-24-00365-PHX-SMM<br><br>**ORDER** |

　　　　This matter is before the Court on the Notice of Dismissal with Prejudice (Doc. 10), filed by Plaintiff on May 6, 2024. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

　　　　Accordingly,

　　　　**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

　　　　Dated this 7th day of May, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge